UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                              **DECISION AND ORDER**
            v.                               09-CR-329-A

THAMUD ELDRIDGE, KEVIN ALLEN
and GALEN ROSE,

                              Defendants.

     This case was referred back to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B) for further pretrial proceedings.  The Magistrate Judge conducted evidentiary hearings on March 19, 2014, April 1, 2014, April 23, 2014 and July 2, 2014. On August 25, 2014  Magistrate Judge Scott filed a Report and Recommendation recommending that defendant Allen's motion to dismiss the counts of the indictment regarding the Jones murder should be denied, and that the defendant's request for disclosure of *Jencks* material and a spoilation instruction should also be denied. (Dkt. No. 332)  No objections were filed and the time to file objections has expired.

     Upon the Court's *de novo* review and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, it is hereby **ORDERED** that defendant Allen's motion to dismiss the counts of the indictment regarding the Jones murder is denied, and  that the defendant's request for immediate disclosure of *Jencks* material and a spoilation instruction is also denied.

All parties shall appear for a status conference on October 1, 2014 at 12:30 pm. At that time, the Court will address the scheduling of defendants' outstanding motions.

**IT IS SO ORDERED.**

_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   September 29, 2014