UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                                                                          09-CR-329-A
                                                                                          **ORDER**

     -v-

KASHIKA SPEED,

              Defendant.
_____

      The July 17, 2020 Decision and Order of the Court at Docket Number 876 granted the motion of defendant Kashika Speed for compassionate release to home incarceration pursuant to 18 U.S.C. § 3582(c)(1)(A) subject to this further Order setting the conditions of his home incarceration.  Defendant Speed's sentence has been modified to convert the remaining term of imprisonment to a term of supervised release subject to all the terms and conditions of supervised release set forth in the Judgment at Docket Number 354 to begin immediately upon his release from Federal Bureau of Prisons custody; and it is further

      ORDERED that beginning 14 days after his release from Federal Bureau of Prisons custody, and until February 19, 2022, in addition to all the terms and conditions of supervised release previously imposed, the defendant shall confirm through United States Probation that his residence

1

is acceptable to the Court, and he shall comply with the conditions of the Location Monitoring Program (home incarceration component), wear an electronic monitor, follow the monitoring procedures outlined in Probation Form 61, and contribute to the cost of services rendered (co-payment); and it is further

ORDERED that under 18 U.S.C. § 3583, beginning February 20, 2022, the defendant's previously imposed three-year term of supervised release shall commence subject to the terms and conditions set forth in the Judgment at Docket Number 354; and it is further

ORDERED that the defendant shall contact the Western District of New York, Supervisory United States Probation Officer John Taberski, at 716-362-5254, within 72 hours of his release; and it is further

ORDERED that, due to the COVID-19 pandemic, upon returning to the Western District of New York, the defendant must self quarantine for 14 days, must travel directly to the residence in the Western District of New York where he proposes to live, and he may not make any stops other than are necessary for fueling, food, or restroom facilities on his return home; and it is finally

ORDERED that, even during the defendant's 14-day period of self quarantine, he shall advise his supervising United States Probation Officer of any medical appointments he must attend with enough detail to allow United States Probation to verify the appointment, that the medical treatment providers are aware of the defendant's status in self quarantine, and the defendant's attendance at the appointment.

**SO ORDERED.**

Dated: July 20, 2020
Buffalo, New York

*s/Richard J. Arcara*
HON. RICHARD J. ARCARA
United States District Judge