UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                          **ORDER**
                                                                                             09-CR-329-A
KASHIKA SPEED,

                              Defendant.

---

      The motion of defendant Kashika Speed pursuant to Fed. R. Crim. P. 32.1(b)(2)(B) for re-hearing disclosure, Dkt. No. 900, is granted, in part.  The United States shall confer with the United States Probation Office regarding the evidence to be introduced into evidence against defendant Speed during the revocation hearing and shall disclose the evidence to the defendant on or before June 17, 2021.  A short summary of anticipated testimony the United States expects to elicit during the violation hearing will suffice at this time.  Potential rebuttal testimony and material that is within the scope of Fed. R. Crim. P. 26.2, but not Rule 32.1(b)(2)(B), need not be disclosed at this time.  The parties shall be prepared to schedule a hearing or a change of plea during the June 25, 2021 status conference.

      **IT IS SO ORDERED.**

                                                    __s/Richard J. Arcara_____
                                                    HONORABLE RICHARD J. ARCARA
                                                    UNITED STATES DISTRICT COURT

Dated:  June 9, 2021